CRABTREE v. CITY OF DURHAM

No. 163P00

Case below: 136 N.C.App. 816

Petition by defendant (City of Durham) for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

FROST v. MAZDA

No. 582PA99

Case below: Forsyth County Superior Court

Motion by plaintiffs to withdraw motion to dismiss appeal allowed 15 June 2000.

HARRIS v. TOWN OF ATLANTIC BEACH

No. 158P00

Case below: 136 N.C.App. 847

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000. Petition by plaintiff for writ of certiorari to review the order of the North Carolina Industrial Commission denied 15 June 2000.

HOWELL v. WILSON

No. 188P00

Case below: 136 N.C.App. 827

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

MURAKAMI v. WILMINGTON STAR NEWS, INC.

No. 200P00

Case below: 137 N.C.App. 357

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.